| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALENA SIMPSON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No.: 2:18-cv-00312 DSF (GJSx)**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)** |

Having read and considered the Parties' Plaintiff Chalena Simpson and Defendant Exxon Mobil Corporation Stipulation of Dismissal of Entire Action with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: December 4, 2018

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE